UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| ODILIA LILIANA ROBLERO DIAZ, | Case No. 1:25-cv-968 |
| Petitioner, | |
| vs. | District Judge Matthew W. McFarland |
| | Magistrate Judge Peter B. Silvain, Jr. |
| DETROIT FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Respondents. | |

## ORDER

Petitioner, Odilia Liliana Roblero Diaz, a detainee at the Butler County Jail, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1).

The **CLERK OF COURT is DIRECTED** to (1) immediately serve Respondents with a copy of the Petition, along with a copy of this Order, by overnight mail and by email to the United States Attorney's Office for the Southern District of Ohio; and (2) promptly file proof of such service on the docket. Counsel for Respondents shall promptly enter a notice of appearance.

**IT IS SO ORDERED.**

January 6, 2026

MATTHEW W. MCFARLAND
United States District Judge