# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| ODILIA LILIANA ROBLERO DIAZ, | : | Case No. 1:25-cv-968 |
| Petitioner, | : : : | |
| vs. | : : | District Judge Matthew W. McFarland<br>Magistrate Judge Peter B. Silvain, Jr. |
| FIELD OFFICE DIRECTOR FOR ENFORCEMENT AND REMOVAL OPERATIONS DETROIT, *et al.*, | : : : : | |
| Respondents. | | |

# ORDER

Petitioner, Odilia Liliana Roblero Diaz, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order no later than January 30, 2026.

**IT IS SO ORDERED.**

January 14, 2026

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge